VENEY *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 47, September Term, 1963.]

*Decided October 18, 1963.*

Before HENDERSON, HAMMOND, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons set forth in the opinion of Chief Judge Manley in the lower court, the application for leave to appeal is denied.

*Application denied.*